Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) Plaintiff, ) ) vs. ) ) WILLIAM MEREDITH ) ) Defendant. ) ) | 01:06-CR-00324 AWI<br><br>STIPULATION AND ORDER<br>Date: January 7, 2008<br>Time: 9 A.M.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the status conference now scheduled for January 7, 2008 at 9:00 AM be vacated and a new date of January 28, 2008 at 9 A.M. be set for status. Olaf Hedberg, counsel for defendant is in trial in the matter of *People v. Victory Ilsung*, Sacramento County Superior Count no. 04F06625. Further, the parties have been engaged in active negotiations in this matter and are close to a disposition.

It is further stipulated and agreed between the parties that the period beginning January 7,

2008 and ending January 28, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this 2nd of January, 2008
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for William Meredith

Dated this 2nd of January, 2008
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   January 7, 2008**          **/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE