Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM MEREDITH ) <br> ) <br> Defendant. ) <br> ) | 01:06-CR-00324 AWI <br><br> STIPULATION AN DORDER <br><br> Date: April 7, 2008 <br> Time: 9 A.M. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY SANCHEZ, Assistant Untied States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant that the sentencing now scheduled for April 7, 2008 at 9:00 AM be vacated and a new date of April 14 at 9 A.M. be set for sentencing. Olaf Hedberg, counsel for defendant is in trial in the matter of *People v. Brandon Montgomery*, Sacramento County Superior Count no. 06F07298.

```
                                        Respectfully submitted,
                                        Dated this 1st day of April, 2008
                                        By /s/ Olaf Hedberg
                                        Olaf W. Hedberg, Attorney at Law
                                        Attorney for William Meredith

                                        Dated this 1st day of April, 2008
                                        MCGREGOR W. SCOTT
                                        United States Attorney
                                        /s/ Olaf Hedberg for Kimberly Sanchez
                                        Kimberly Sanchez
                                        Assistant U.S. Attorney
```

**ORDER**

IT IS SO ORDERED.

**Dated:   April 1, 2008**                    **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE